# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>GERALD RUBALCABA,<br><br>Defendant. | CR-00-00654-CRB<br><br>ORDER RE: CJA APPOINTMENT OF AND AUTHORITY TO PAY COURT APPOINTED COUNSEL |

The individual named above as defendant, having testified under oath or having otherwise satisfied this court that he or she (1) is financially unable to employ counsel and (2) does not wish to waive counsel, and, because the interests of justice so require, the Court finds that the individual is indigent, therefore;

IT IS ORDERED that the attorney whose name and contact information are listed below is appointed to represent the above defendant, solely for the limited purpose of assessing eligibility for reduction of sentence and filing of compassionate release motion under the First Step Act.

Richard B. Mazer
99 Divisadero Street
San Francisco, CA 94117
(415)621-4100
richardbmazer@gmail.com



Appointing Judge: Hon. Judge Breyer

| May 8, 2020 | April 24, 2020 |
|---|---|
| Date of Order | Nunc Pro Tunc Date |